UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
YAROSLAV SURIS, on behalf of himself
and all others similarly situated,

                           Plaintiff,    Case No.: 1:20-cv-03777-WFK-RER

    v.

                                  NOTICE OF VOLUNTARY DISMISSAL
                                  PURSUANT TO F.R.C.P.
SCRIPPS MEDIA, INC. d/b/a WPTV,       § 41(a)(1)(A)(i)

                         Defendant.
_____X


Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff YAROSLAV SURIS, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant SCRIPPS MEDIA, INC. d/b/a WPTV, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated:  Manhasset, New York
        December 11, 2020

                                                  /s/  Mitchell Segal
                                        _____
                                        Mitchell Segal, Esq.
                                        Law Offices of Mitchell Segal P.C.
                                        Attorney for Plaintiff
                                        1010 Northern Boulevard, Suite 208
                                        Great Neck, NY 11021
                                        (516) 415-0100

                    The application is granted.
                         SO ORDERED.
                             s/ WFK
                 William F. Kuntz, II  U.S.D.J.
                  Dated: December 11, 2020